UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-0196JLR |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS |
| CORY FREEMAN, | ) ) | DEADLINE |
| Defendant. | ) ) ) | |

THE COURT has considered the defense's unopposed motion to continue the trial date and extend the pretrial motions deadline and the record in this case. The Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE TRIAL
AND EXTEND PRETRIAL MOTIONS
DEADLIN
(*USA v. Cory Freeman*, CR19-196JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1 (d) the ends of justice will best be served by a continuance, and the ends of

2 justice outweigh the best interests of the public and the defendant in any speedier trial,

3 as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4 (e) the additional time requested between the current trial date of December 23,

5 2019 and the new trial date is necessary to provide counsel for the defendant the

6 reasonable time necessary to prepare for trial, considering counsel's schedule and all of

7 the facts set forth above; and

8 (g) the period of delay from the date of this order to the new trial date is

9 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be

continued to February 18, 2020, and that pretrial motions shall be filed no later than

January 9, 2020.

DONE this 25th day of November, 2019.

The Honorable James L. Robart
U.S  District Court Judge

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Cory Freeman

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE TRIAL
AND EXTEND PRETRIAL MOTIONS
DEADLIN
(*USA v. Cory Freeman*, CR19-196JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**